FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 1 6 2005 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS STUARY AND LEE WALLACH, AS　　　　　　JUDGMENT
TRUSTEES OF THE LOCAL NO. 2 BUILDING　　　　　02-CV- 5998 (SJ)
SERVICE EMPLOYEE AND FACTORY WROKERS,
USWA, TCU, AFL-CIO, CLC RETIREMENT PLAN
AND TRUST FUND,

　　　　　　　　　　　　Plaintiffs,

　-against-


ATLANTIC TOWERS HOLDING CORP AND
VINTAGE REAL ESTATE SERVICES, LTD.,

　　　　　　　　　　　　Defendants.
------------------------------------------------------------X

　　　An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on March 24, 2005, adopting and affirming the Report and Recommendation of Magistrate Judge Marilyn D. Go, dated March 9, 2005; and directing the Clerk of Court to enter judgment awarding plaintiffs damages in the amount of $7,371.11 based on the total following damages: (a) $4,263.87 for unpaid contributions; (b) $1,228.62 for pre-judgment interest through March 31, 2005 at a rate of $.70 per day until the date of judgment; (c) $1,228.62 for "double interest" due under 29 U.S.C. § 1132(g)(2)(i) through March 31, 2005 at a rate of $.70 per day until the date of judgment; and (d) $650.00 for attorneys' fees and costs; it is

JUDGMENT
02-CV- 5998 (SJ)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Marilyn D. Go is adopted and affirmed; and that judgment is hereby entered in favor of plaintiffs, Carlos Stuart and Lee Wallach, as Trustees of the Local No. 2 Building Service Employee and Factory Workers, USWA, TCU, AFL-CIO, CLC, Retirement Plan and Trust Fund, and against defendants, Atlantic Towers Holding Corp., and Vintage Real Estate Services, Ltd., awarding $7,371.11 based on the total following damages: (a) $4,263.87 for unpaid contributions; (b) $1,228.62 for pre-judgment interest through March 31, 2005 at a rate of $.70 per day until the date of judgment; (c) $1,228.62 for "double interest" due under 29 U.S.C. § 1132(g)(2)(i) through March 31, 2005 at a rate of $.70 per day until the date of judgment; and (d) $650.00 for attorneys' fees and costs.

Dated: Brooklyn, New York
June 15, 2005

ROBERT C. HEINEMANN
Clerk of Court